&AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | Judgment in a Criminal Case  (AMENDED) |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| David B. Patel | Case No.   13 MJ 2114 |
| | USM No. |
| | Dominic Saraceno |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    1 of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(3) | Unlawful Entry by Alien | 8/10/2013 | 1 |

☐ Count(s) _____   ☐ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 5,000.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:   1973

City and State of Defendant's Residence:
Ontario, Canada

9/16/2013
Date of Imposition of Judgment

_(signature)_
Signature of Judge

Hon. Hugh B. Scott, USMJ
Name and Title of Judge

4/10/2015
Date

***NOTE: This judgment amends the prior judgment (Dkt. No. 17) only to correct the title of defendant's offense. The offense in question appears under Title 8, not Title 18.